IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAFAEL LOPEZ ARVELAIZ,

        Petitioner,

  v.

KRISTI NOEM, U.S. Secretary of Homeland Security, et al.,

        Respondent.

Case No.: 1:25-cv-00452-MIS-GBW

### ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

**THIS MATTER** is before the Court on Petitioner's Unopposed Motion to Dismiss Without Prejudice ("Motion"), filed September 5, 2025. ECF No. 14. Having considered Petitioner's Motion and lack of opposition, the record, and the relevant law, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that Petitioner's unopposed Motion is **GRANTED**. The instant action is **DISMISSED WITHOUT PREJUDICE**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE