IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RAFAEL LOPEZ ARVELAIZ,<br><br>　　　　Petitioner,<br>　v.<br><br>KRISTI NOEM, U.S. Secretary of Homeland Security,<br>PAMELA BONDI Attorney General of the United States,<br>TODD M. LYONS, Acting Director U.S. Immigration and Customs Enforcement, and<br>MARY DE ANDA-YBARRA, Ice El Paso Field Office Director,<br><br>　　　　Respondents. | Case No.: 1:25-cv-00452-MIS-GBW |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Plaintiff's Unopposed Motion to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), entered contemporaneously herewith, the Court hereby issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that all claims in this case are **DISMISSED WITHOUT PREJUDICE**.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE